UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **DANIEL C. PORTEE,** | ) | |
| | ) | |
| **Petitioner** | ) | |
| | ) | |
| v. | ) | No. 3: 05cv0171 AS |
| | ) | |
| **JOHN R. VANNATTA,** | ) | |
| | ) | |
| **Respondent** | ) | |

*MEMORANDUM OPINION AND ORDER*

On or about March 23, 2005, *pro se* petitioner, Daniel C. Portee, an inmate at the Miami Correctional Facility in Bunker Hill, Indiana, filed a petition seeking relief under 28 U.S.C. §2254.  The Response filed on behalf of the respondent by the Attorney General of Indiana on June 14, 2005, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

The petitioner has been the subject of a prisoner disciplinary proceeding in which he was deprived of 30 days earned credit time which implicates *Wolff v. McDonnell*, 418 U.S. 539 (1974).  The particular procedure occurred in and around July 2004 and is designated as MCF 04-07-0406.  There has been compliance here with the procedural demands of *Wolff*, and the evidence here is sufficient under *Superintendent, Mass. Corr. Institution at Walpole v. Hill*, 472 U.S. 445 (1985), and under the "some evidence" test applicable in this circuit. *See Webb v. Anderson*, 224 F.3d 649 (7th Cir.), *cert. denied*, 531 U.S. 999 (2000), *McPherson v. McBride*, 188 F.3d 784 (7th Cir. 1999), and *Meeks v. McBride,* 81 F.3d 717

(7th Cir. 1996). The CAB relied on staff reports, the statement of the offender and the evidence from witnesses. It is not here this court's purpose or obligation to gainsay the determinations of credibility that inhere in that process.

With regard to the necessities of presenting so-called physical evidence, see *Hays v. McBride*, 965 F. Supp. 1186 (N. D. Ind. 1997). The Attorney General has placed before this Court a series of documents designated A through H, both inclusive, which explicate in great detail the proceedings involved.

The petitioner has failed to demonstrate a basis for relief here under 28 U.S.C. §2254 and the same is now **DENIED**.  **IT IS SO ORDERED**.

DATED:  July 25, 2005

                                  S/ ALLEN SHARP
                         **ALLEN SHARP, JUDGE**
                         **UNITED STATES DISTRICT COURT**